AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>SHAMOND JENKINS<br><br>*Defendant(s)* | Case No.<br>3:21-mj-3 |

-FILED-
JAN 11 2021
At _____ M
ROBERT N. _____ Clerk
U.S. D_____ _____
NORTHERN DISTRICT OF INDIANA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  Dec 17, 2020 - Jan 8, 2021  in the county of  St. Joseph  in the
Northern District of Indiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Hobbs Act |
| 18 U.S.C. § 2113(a) | Bank robbery |
| 18 U.S.C. § 924(c) | Brandishing a firearm during/in relation to a crime of violence |

This criminal complaint is based on these facts:
See attached affidavit of Thomas Weber, Special Agent, Federal Bureau of Investigation

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Weber, S/A, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/11/2021

/s/Michael G. Gotsch, Sr.
*Judge's signature*

City and state:  South Bend, Indiana

Michael G. Gotsch, Sr., U.S. Magistrate Judge
*Printed name and title*

STATE OF INDIANA )
) SS
COUNTY OF ST JOSEPH )

-FILED-
JAN 11 2021
At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# AFFIDAVIT IN SUPPORT OF
# A CRIMINAL COMPLAINT

I, Thomas Weber, being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been an FBI Agent for sixteen years. I am currently assigned to the Indianapolis Field Division of the FBI, where I investigate federal crimes, including bank robbery, bank fraud, and robbery interfering with interstate commerce.

2. The information contained in this affidavit is based upon my participation in this investigation, including conversations with other law enforcement officers and my review of documents. This affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant for violations of 18 U.S.C. § 924(c) (brandishing a firearm during and in relation to a crime of violence), 18 U.S.C. § 1951 (interfering with commerce by means of robbery), and 18 U.S.C. § 2113(a) (bank robbery). This affidavit does not contain all the information known to me about this investigation.

## CHECK INTO CASH ROBBERY

3. On December 17, 2020, the Check Into Cash store located at 5670 Grape Road, Mishawaka, Indiana, was robbed by one male subject. The subject entered the store and brandished a gray over black semi-automatic handgun. The

1

subject told the store's employee to open the safe or he was going to kill her. The employee removed a tray of money from the safe and gave it to the subject. The employee then ran into the bathroom and locked the door. The subject fled the store on foot. The employee estimated the subject obtained $2,000 from the robbery.

4. The subject was described as either a Hispanic male or a dark complected white male, 5'7" to 6'0" in height, thin build, 20 to 25 years of age, wearing a black "puffy" winter jacket with a red and white logo on the left sleeve, a black winter cap, red pants with a white strip down the legs. The subject covered his face with a surgical mask. The subject was wearing a second surgical mask which served no apparent health purpose but did conceal the subject's throat.

5. Check Into Cash operates in 30 States and routinely conducts business in interstate commerce.

## CENTIER BANK ROBBERIES

6. On December 29, 2020, the Centier Bank located at 3600 Portage Road, South Bend, Indiana, was robbed by one male subject. The subject approached the teller counter and inquired about opening a bank account. The teller walked the subject into an office area in the bank. When asked his age, the subject stated he was 18 years old. The subject handed the teller a note that announced a robbery. The subject told the teller to open the vault or he would kill her. The teller walked the subject back to the teller counter and opened her teller

2

drawer. The subject handed the teller a gray Walmart grocery bag and the teller placed money into the bag. After obtaining $1,965, the male left the bank on foot. The subject was observed on surveillance video entering the passenger side of a dark colored sedan, which fled the area.

7. The subject was described as a very light complected black male, approximately 18 years of age, 6'0" in height, thin build, wearing a black "puffy" winter coat with a red and black logo on the left sleeve, dark colored pants, and a winter cap with the Jacksonville Jaguar logo on the front. The subject wore a surgical mask over his face and a second surgical mask over the front of his throat. He was wearing what appeared to be a specific model of Air Jordan sneakers with a "23" logo on the back of the heel.

8. On January 7, 2021, the Centier Bank located at 7108 Gumwood, Mishawaka, Indiana, was robbed by two male subjects. The subjects entered the bank and announced a robbery. The subjects ordered the tellers to open the vault or they were going to kill the tellers. One of the subjects handed the tellers a gray Walmart grocery bag and tellers placed money from their drawers, as well as a dye pack, into the bag. The subjects fled the bank and were observed entering a dark colored SUV. As the SUV pulled away, the dye pack exploded and the subjects threw the bag out of the vehicle's window. All of the money from this bank robbery was recovered.

9. The deposits of the Centier Banks are insured by the Federal Deposit Insurance Corporation.

10. The first robber was described as a light skinned black male, 5'9" in height, thin build, approximately 20 years of age, wearing a black hooded sweatshirt, black winter cap, a black sweatshirt, a black "puffy" winter jacket with a red and white logo on the left sleeve, and a black mask over his mouth and throat area. The second robber was a light skinned black male, thin build, approximately 17 years of age, wearing a black sweatshirt with the word "California" on the front, safety glasses, black mask over his mouth, and an orange baseball cap with the letter "C" on the front.

## ADDITIONAL EVENTS ON JANUARY 7

11. Later on January 7, after the suspects tossed the dye-stained money out of the dark SUV and fled, there was another robbery in nearby Niles, Michigan. A male arrived in a dark SUV, entered a cash-advance store on foot, and brandished a black semi-automatic handgun. He was wearing a mask, a black sweatshirt, and no outer jacket. He received approximately $11,000 cash, left the store, and got into the passenger side of the dark SUV which then drove away.

12. Authorities in Michigan continue to investigate this crime. After sharing information with authorities in Indiana, the suspects in the Niles robbery are believed to be the same individuals involved in the three Indiana robberies described above in this affidavit.

## IDENTIFICATION OF SUSPECT

13. Area law enforcement was familiar with Shamond Jenkins from an armed robbery that occurred in May of 2019. Jenkins was identified and prosecuted as the culprit in that crime due to a large tattoo of the "Olympic Rings" on his throat.

14. I reviewed Jenkins' Facebook page and observed a photo of Jenkins, posted on August 4, 2020, wearing distinctive red pants with a white strip down the legs. They appear to be the same distinctive pants worn by the robber from the Check Into Cash robbery that occurred on December 17, 2020. I also reviewed a YouTube video posted on December 17, 2020, which is the same day as the first Centier Bank robbery. In the video, I observed Jenkins wearing a black "puffy" winter jacket with a distinctive red and white logo on the left sleeve. This jacket appeared to be the same jacket worn by the robber in all 3 Indiana robberies described above. I reviewed jail records and confirmed Jenkins was not in custody on the days of any of these three robberies.

15. On December 29, 2020, Jenkins was 18 years old, which is the age the Centier Bank robber told the teller, when asked about opening a new bank account prior to the robbery.

16. I have reviewed jail booking information and driver's license information for Jenkins and his physical height and build are consistent with the robber wearing the black winter jacket in all three robberies.

5

17. While the robber in the black jacket in each robbery had his face partially covered in each robbery, the portion of the robber's face that is visible in the surveillance videos is consistent with upper portion of Jenkin's face as seen in Facebook photos and arrest photos of Jenkins. Further, Jenkins is a light-skinned black male, which is consistent with the descriptions of the robbery victims.

18. I have also reviewed arrest reports from Kent County, Michigan. I learned that on December 23, 2020, Jenkins was arrested in the Grand Rapids area for illegally possessing a SCCY brand gray over black semi-automatic pistol, which is consistent with the handgun used in the Check Into Cash robbery on December 17, 2020. Jenkins was released shortly after that arrest and was no longer in custody by the time of the Centier Bank robberies.

19. On January 8, 2021, investigators performing surveillance saw Jenkins entering an apartment building in Castle Point Apartments in South Bend, Indiana. This building contains several apartments, including the apartment at 603 Coronation Gardens. I learned that Camyla Walton uses this apartment and lists this address as hers on her BMV records. Ms. Walton (currently age 17) is the known girlfriend of Jenkins. Further, in November 2020, area law enforcement located Jenkins at that apartment and found that he was living there with Ms. Walton at that time.

20. A search warrant for 603 Coronation Gardens was obtained and executed on January 8, 2021. A loaded magazine for a SCCY brand handgun was found under Ms. Walton's bed. A few items of men's clothing were also found in her bedroom, although it appeared that Jenkins no longer lived there.

21. As investigators were preparing to search the apartment, Jenkins and Ms. Walton were seen leaving in a car driven by a third person. Police stopped the car and found that the driver was essentially a private "taxi" / "Lyft" ride provider who was simply being paid to take the passengers somewhere. Still, a strong smell of marijuana was coming from the car, and a drug-detection K-9 alerted on the vehicle. Police searched it.

22. In a purse (claimed by Ms. Walton) was a stack of cash totaling approximately $5,300. Under the seat where Jenkins had been seated was a loaded black handgun. Jenkins was wearing Air Jordan sneakers with a "23" logo on the back of the heels.

23. While the apartment was being searched, Ms. Walton's mother arrived. She was cooperative, and she told investigators that Ms. Walton may possibly be in legitimate possession of some cash, estimated at $300. She said that there was no way that Ms. Walton had any legitimate reason to possess more than $1,000 cash.

24. In the presence of her mother, Ms. Walton spoke briefly with investigators. She admitted that she had been together with Jenkins on January 7, although she was very vague in providing any details.

25. Based on the above information, I believe there is probable cause to believe that Shamond Jenkins has violated 18 U.S.C. § 924(c) (brandishing a firearm during and in relation to a crime of violence), 18 U.S.C. § 1951 (interfering with commerce by means of robbery), and 18 U.S.C. § 2113(a) (bank robbery).

FURTHER AFFIANT SAYETH NOT.

*[signature]*
Thomas Weber
Special Agent
Federal Bureau of Investigation

This affidavit and accompanying warrant have been transmitted to me electronically and the affiant has verbally attested to the truth and accuracy of the contents via telephone this 8th day of January, 2021.

/s/Michael G. Gotsch, Sr.
Hon. Michael G. Gotsch, Sr.
United States Magistrate Judge

8